AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

|  |  |
|---|---|
| ZO XABIERE ALI,,<br>*also known as* Lorenzo Dominic Richardson,<br><br>    Plaintiff,<br><br>v.<br><br><br>BRUCE WORF and WAKE COUNTY<br>CRISIS AND ASSESSMENT SERVICES,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**5:12-CV-261-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 5]. Plaintiff's Application to Proceed *In Forma Pauperis* [D.E. 1] is GRANTED, and Plaintiff's Complaint is DISMISSED as frivolous. The Clerk of Court shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **July 9, 2012** WITH A COPY TO:

Zo Xabiere Ali, Pro Se (Via USPS to 3108 Fields Drive, Raleigh, NC 27603)

| | |
|---|---|
| July 9, 2012<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina

Page 1 of 1
Case 5:12-cv-00261-D   Document 9   Filed 07/09/12   Page 1 of 1