AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

ZO XABIERE ALI,, )
*also known as* Lorenzo Dominic Richardson, )
                              )
    Plaintiff, )
                              )
v. ) **JUDGMENT IN A CIVIL CASE**
                              ) **5:12-CV-261-D**
                              )
BRUCE WORF and WAKE COUNTY )
CRISIS AND ASSESSMENT SERVICES, )
                              )
    Defendant. )

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 5]. Plaintiff's Application to Proceed *In Forma Pauperis* [D.E. 1] is GRANTED, and Plaintiff's Complaint is DISMISSED as frivolous. The Clerk of Court shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **July 9, 2012** WITH A COPY TO:

Zo Xabiere Ali, Pro Se (Via USPS to 3108 Fields Drive, Raleigh, NC 27603)

July 9, 2012                                                  JULIE A. RICHARDS, Clerk
Date                                                        Eastern District of North Carolina

                                                                                 /s/ Debby Sawyer
                                                                                 (By) Deputy Clerk

Raleigh, North Carolina